UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY AUSTIN GADSON,

                                Plaintiff,

                -against-

RIVERBAY CORPORATION,

                                Defendant.

25-cv-5182 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 26, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 3, 2026
          New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                                Chief United States District Judge